# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN RAMON QUIROZ, | CASE NO. 1:09-cv-02193-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED |
| v. | FOR FAILURE TO OBEY A COURT ORDER |
| J. REYNOSO, et al., | (Doc. 1) |
| Defendants. | RESPONSE DUE WITHIN 20 DAYS |

On February 24, 2010, the court issued an order granting an extension of time to file an application to proceed in forma pauperis, within thirty (30) days. The thirty (30)-day period has now expired, and plaintiff has not filed a an application to proceed in forma pauperis or otherwise responded to the court's order.

Accordingly, the Court HEREBY ORDERS Plaintiff to show cause why this action should not be dismissed for failure to obey a court order. Plaintiff is to file a response within **twenty (20) days** from the date of service of this order. Failure to respond to this order will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **April 19, 2010**              /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1