# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN RAMON QUIROZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. REYNOSO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-02193-DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 7)<br><br>ORDER GRANTING THIRTY DAY EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　Plaintiff Joaquin Ramon Quiroz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. The deadline for submitting an application to proceed in forma pauperis was March 29, 2010. As of the date of this order, Plaintiff has yet to pay the filing fee or submit a motion to proceed in forma pauperis. On April 19, 2010, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for failure to obey a court order. On April 28, 2010, Plaintiff responded. Plaintiff states that he contacted the counselor, and on February 22, 2010, the counselor signed Plaintiff's IFP form, and placed it in a pre-paid envelope for delivery to this Court. Plaintiff contends that he was unaware that the IFP form was not delivered. Plaintiff requests a thirty-day extension of time to submit his IFP form.

　　　Good cause having been shown, the Court HEREBY ORDERS that the order to show cause is DISCHARGED. Plaintiff is GRANTED thirty days from the date of service of this order to file his application to proceed in forma pauperis. Failure to comply with this order will result in dismissal of this action for failure to obey a court order.

　　　IT IS SO ORDERED.

　　　Dated:　　April 30, 2010　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1